**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

_____,

**Plaintiff,**

      **v.**                                      **Civil Action \_\_:20\_-cv-_____
Judge _____
Magistrate Judge** Kimberly Jolson

_____,

**Defendant.**

**RULE 26(f) REPORT**

    Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on_____and was attended by:

_____, counsel for plaintiff(s)\_\_Edward Lupo_____,

_____, counsel for plaintiff(s)_____,

_____, counsel for defendant(s)_____,

_____, counsel for defendant(s)_____,

Counsel represent that, during the meeting, they engaged in a meaningful attempt to meet and confer on the matters outlined below.

1.     CONSENT TO MAGISTRATE JUDGE

Do the parties consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)?

\_\_\_\_\_Yes     \_\_\_\_\_No

2.     INITIAL DISCLOSURES

Have the parties agreed to make initial disclosures?

\_\_\_\_\_Yes     \_\_\_\_\_No     \_\_\_\_\_The proceeding is exempt under Rule 26(a)(1)(B)

If yes, such initial disclosures shall be made by_____.

3. <u>VENUE AND JURISDICTION</u>

Are there any contested issues related to venue or jurisdiction?

_____Yes    _____No

If yes, describe the issue:

If yes, the parties agree that any motion related to venue or jurisdiction shall be filed by _____.

4. <u>PARTIES AND PLEADINGS</u>

   a. The parties agree that any motion or stipulation to amend the pleadings or to join additional parties shall be filed by _____.

   b. If the case is a class action, the parties agree that the motion for class certification shall be filed by _____.

5. <u>MOTIONS</u>

   a. Are there any pending motion(s)?

   _____Yes    _____No

   If yes, indicate which party filed the motion(s), and identify the motion(s) by name and docket number:

   b. Are the parties requesting expedited briefing on the pending motion(s)?

   _____Yes    _____No

   If yes, identify the proposed expedited schedule:

   Opposition to be filed by _____; Reply brief to be filed by _____.

6. <u>ISSUES</u>

Jointly provide a brief description of case, including causes of action set forth in the complaint, and indicate whether there is a jury demand:

7. DISCOVERY PROCEDURES

   a. The parties agree that all discovery shall be completed by_____. The parties agree to schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and to file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so. If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court. To initiate a telephone conference, counsel are directed to join together on one line and then call the Magistrate Judge's chambers or provide the Court with a call -in number.

   b. Do the parties anticipate the production of ESI?_____Yes_____No

      If yes, describe the protocol for such production:

   c. Do the parties intend to seek a protective order or clawback agreement?

      If yes, such order or agreement shall be produced to the Court by_____.

8. DISPOSITIVE MOTIONS

   a. Any dispositive motions shall be filed by_____.

   b. Are the parties requesting expedited briefing on dispositive motions?

      _____Yes      _____No

      If yes, identify the proposed expedited schedule:

      Opposition to be filed by_____; Reply brief to be filed by_____.

9. EXPERT TESTIMONY

   a. Primary expert reports must be produced by_____.

   b. Rebuttal expert reports must be produced by_____.

10. SETTLEMENT

Plaintiff(s) will a make a settlement demand by_____. Defendant will respond by _____. The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference. The Court refers cases to settlement throughout the year. The parties request the following month and year:
_____ 20___

In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement conference orders which require, *inter alia*, that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

11. <u>RULE 16 PRETRIAL CONFERENCE</u>

Do the parties request a scheduling conference?

\_\_\_\_\_Yes, the parties would like a conference with the Court prior to it issuing a scheduling order. The parties request that the conference take place _____ in chambers_____by telephone.

\_\_\_\_\_ No, a conference is not necessary; the Court may issue a scheduling order after considering this Report.

12. <u>OTHER MATTERS</u>

Indicate any other matters for the Court's consideration:

Signatures:

Attorney for Plaintiff(s):                              Attorney for Defendant(s):

Counsel for _____        Counsel for _____
Bar #                                                           Bar #


Counsel for _____        Counsel for _____
Bar #                                                           Bar #


Counsel for _____        Counsel for _____
Bar #                                                           Bar #

Date: _____