## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Edward Lupo,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Willis Law Firm, LLC, *et al.*,<br><br>　　　　Defendants. | Case No. 2:20-cv-01073<br><br>JUDGE: Graham<br><br>MAGISTRATE JUDGE: Jolson |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AGAINST ALL DEFENDANTS

　　　　Plaintiff Edward Lupo ("Plaintiff") and Defendants Willis Law Firm, LLC and Federal Adjustment Bureau, Inc. d/b/a FABCO (collectively "Defendants") hereby stipulate and agree that all matters herein between them have been compromised and settled related to this federal action, and that Plaintiff's claims against Defendants should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

　　　　Respectfully submitted,

*/s/Timothy J. Cook*
Timothy J. Cook (0093538)
Sean M. Kohl (0086726)
KOHL & COOK LAW FIRM, LLC
1900 Bethel Road
Columbus, Ohio 43220
Phone: (614) 763-5111
Fax: (937) 813-6057
Email: timothy@kohlcook.com
*Attorney for Plaintiff, Ed Lupo*

*/s/ Dimitri Hatzifotinos* (per email authority)
Dimitri Hatzifotinos (0077751)
Willis Law Firm, LLC
1160 Goodale Blvd.
Grandview Heights, Ohio 43212
Phone: (614) 324-0450
Email: dhatzifotinos@willislawohio.com
*Attorney for Defendant, Willis Law Firm, LLC*

*David Shaver (per email authority)*
David B. Shaver (0085101)
Surdyk, Dowd & Turner Co., L.P.A.
Attorney for FABCO
7681 Tylers Place Blvd., Suite 3
West Chester, Ohio 45069

(513) 206-9998
dshaver@sdtlawyers.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| David B. Shaver (0085101)<br>Surdyk, Dowd & Turner Co., L.P.A.<br>Attorney for FABCO<br>7681 Tylers Place Blvd., Suite 3<br>West Chester, Ohio 45069<br>(513) 206-9998<br>dshaver@sdtlawyers.com | Dimitri Hatzifotinos (0077751)<br>Willis Law Firm, LLC<br>1160 Goodale Blvd.<br>Grandview Heights, Ohio 43212<br>Phone: (614) 324-0450<br>Email: dhatzifotinos@willislawohio.com<br>Attorney for Defendant, Willis Law Firm, LLC |

                                                                         _/s/ Timothy J. Cook_
                                                                        Timothy J. Cook